**November 27, 1985**

**(709 P2d 1157)**

Henning, John Fredrick v. State of Oregon (A34555).
Reversed. *Wimmer v. MVD,* 75 Or App 287, 706 P2d 182 (1985).